FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 317 Heller Rd Apt #2 Quakertown Pa. 18951

Address of Defendant: 901 S. West End Blvd. Quakertown Pa. 18951 (2 facilities)

Place of Accident, Incident or Transaction: owner's Address P.O. Box 200001 Woodstock Georgia 30189
↳ 1465 West Broad St. Quakertown Pa. 18951

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? ECoC  Yes ☒  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 10-15-2019   _Elizabeth A. Devine_   Attorney-at-Law / Pro Se Plaintiff    N/A  Attorney I.D. # (if applicable)

---

**CIVIL:** (Place a √ in one category only)

**A.** *Federal Question Cases:*

- ☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☒ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☒ 11. All other Federal Question Cases (Please specify): OSHA Related Health and Human Services

**B.** *Diversity Jurisdiction Cases:*

- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury (Please specify): _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases (Please specify): _____

---

## ARBITRATION CERTIFICATION
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Elizabeth A. Devine, counsel of record or pro se plaintiff, do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: 10-15-2019   _Elizabeth A. Devine_   Attorney-at-Law / Pro Se Plaintiff    N/A  Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## CASE MANAGEMENT TRACK DESIGNATION FORM

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| v. | : |  |
|  | : |  |
|  | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

10-15-2019    Elliott. Durie Pro Se Plantiff
Date    Attorney-at-law    Attorney for SJA

610-428-2818    _____    devi
Telephone    FAX Number    E-Mail Address

(Civ. 660) 10/02

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

|  |  |  |
|---|---|---|
| Elizabeth A Devine | ) | Case No. _____ |
|  | ) | *(to be filled in by the Clerk's Office)* |
|  | ) |  |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | Jury Trial: *(check one)*   ☑Yes   ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |  |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| -v- | ) |  |
|  | ) |  |
|  | ) |  |
| Giant Food Stores LLC. | ) |  |
| Ahold  U.S.A. HOLDINGS , INC. | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* | ) |  |
| *write "see attached" in the space and attach an additional page* |  |  |
| *with the full list of names.)* |  |  |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ELIZABETH A DEVINE |
| Street Address | 317 HELLER RD APT. # 2 |
| City and County | QUKAKERTOWN    BUCKS COUNTY |
| State and Zip Code | PENNSYLVANIA   18951 |
| Telephone Number | 610-428-2818 |
| E-mail Address | devineimagesbylizz@yahoo.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | GIANT FOOD STORES LLC. |
| Job or Title (if known) | GROCERY STORE CHAIN |
| Street Address | 901 S. WEST END BLVD. |
| City and County | QUAKERTOWN   BUCKS COUNTY |
| State and Zip Code | PENNSYLVANIA   18951 |
| Telephone Number | 215 - 536 - 5065 |
| E-mail Address (if known) | NOT AVAILABLE |

Defendant No. 2

| | |
|---|---|
| Name | AHOLD  U.S.A. HOLDINGS , INC. |
| Job or Title (if known) | GIANT FOOD STORES HOLDINGS |
| Street Address | P.O.  BOX 200001 |
| City and County | WOODSTOCK |
| State and Zip Code | GEORGIA   30189 - 0400 |
| Telephone Number | NOT AVAILABLE |
| E-mail Address (if known) | NOT AVAILABLE |

Defendant No. 3

| | |
|---|---|
| Name | GIANT FOOD STORES  LLC. |
| Job or Title (if known) | GROCERY STORE CHAIN |
| Street Address | 1465 WEST BROAD STREET |
| City and County | QUAKERTOWN  BUCKS COUNTY |
| State and Zip Code | PENNSYLVANIA   18951 |
| Telephone Number | 215 - 538 - 3399 |
| E-mail Address (if known) | NOT  AVAILABLE |

Defendant No. 4

| | |
|---|---|
| Name | EEOC   CASE # 530 - 2019 - 00714 |
| Job or Title (if known) | EMPLOYMENT FILINGS FOR DISCRIMINATION |
| Street Address | 801 MARKET ST   SUITE 1300 |
| City and County | PHILADELPHIA  BUCKS COUNTY |
| State and Zip Code | PENNSYLVANIA       19107 |
| Telephone Number | 267 - 589 - 97000 |
| E-mail Address (if known) | PDOContact@eeoc.gov. |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | GIANT FOOD STORES LLC. |
| Street Address | 901 S. WEST END BLVD |
| City and County | QUAKERTOWN    BUCKS COUNTY |
| State and Zip Code | PENNSYLVANIA  18951 |
| Telephone Number | 215 - 536 - 5065 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐        Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐        Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑        Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑        Other federal law *(specify the federal law)*:
OSHA  OCCUPATIONA SAFETY HEALTH HAZZARDS / unsafe working conditions

☑        Relevant state law *(specify, if known)*:
Bucks County Department of Health / UNSAFE FOOD HAZZARDS

☑        Relevant city or county law *(specify, if known)*:
EEOC Retaliation for reporting an unsafe working environment

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:    forced to work in an unsafe environment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
the hardest hit was October 2018 , afetr I reported the black mold to The Board of Health and OSHA.

C.    I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race
- ☐ color
- ☑ gender/sex    I was the only female working on tl
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*
  arthritis through out my body/ spine back and hands

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

After my whistle blowing of the black mold, All help I was promised for my disabilites stopped.Even though I had dr notes of not being ablle to stay in the cold for long periods of time I was forced to do so,I came back to work after 3 days off with accute broncutis , first task assigned was to clear shelves in the cooler, a three hour task, left for only me to do.I was promised pallets to be loaded onto u-boats , this stopped.I could not lift anything from over my shoulders, could not go up and down ladders, I could not cut fruits and vegetables. my hands could not wear the safety gloves.Before all this mold I was experiancing discrimanatin from the produce manager, I was the only female on the floor,He would assign me jobs where as a closer I worked on my own myself for 2 to 3 hours

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
NOVEMBER 06 2018

B.      The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    SEPT.23 / 2019    .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I live in this community, I can't shop at a Giant Food Store without people talking. It's very hard knowing that the black mold I reported was not cleaned the way it should have been, my neighbors and co workers could have gotten sick, just like me and the other produce assocte Abby did.She had gotten phenomia One week before me.I ask that all store employees get retrained on the proper cleaning and the proper methods of removing black mold.I am seeking payments for the damages I still am feeling. They will not except that I got hurt on the job due to my disabilites .. I ask that you find they broke the Rules and regulations of ADA . I ask that you guide The Board Of Health so that view reported cases sooner, I ask you look int the Man who checks the salad bar , look under those pans.. I am asking for  $80,000.00 ,no one in this Community will hire a whistle blower.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        October 12 th 2019

Signature of Plaintiff

Printed Name of Plaintiff        Elizabeth A Devine

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

ELIZABETH A DEVINE

|  |  |
|---|---|
| *Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>**-v-**<br>GIANT FOOD STORES LLC.<br>AHOLD U.S.A. HOLDINGS , INC.<br><br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.)* | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ELIZABETH A DEVINE |
| Street Address | 317 HELLER RD   APT # 2 |
| City and County | QUAKERTOWN   BUCKS COUNTY |
| State and Zip Code | PENNSYLVANIA         18951 |
| Telephone Number | 610-4282818 |
| E-mail Address | devineimagesbylizz@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Page 1 of 6

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1

| | |
|---|---|
| Name | GIANT FOOD STORES LLC. |
| Job or Title *(if known)* | GROCERY STORE CHAIN |
| Street Address | 901 S. WEST END BLVD |
| City and County | QUAKERTOWN       BUCKS COUNTY |
| State and Zip Code | PENNSYLVANIA       18951 |
| Telephone Number | 215 - 536 - 5065 |
| E-mail Address *(if known)* | NOT AVAILABLE |

Defendant No. 2

| | |
|---|---|
| Name | AHOLD U.S.A. HOLDINGS , INC. |
| Job or Title *(if known)* | GIANT FOOD STORES HOLDINGS |
| Street Address | P.O. BOX 200001 |
| City and County | WOODSTOCK |
| State and Zip Code | GEORGIA       30189 - 0400 |
| Telephone Number | NOT AVAILABLE |
| E-mail Address *(if known)* | NOT AVAILABLE |

Defendant No. 3

| | |
|---|---|
| Name | GIANT FOOD STORES LLC |
| Job or Title *(if known)* | GROCERY STORE CHAIN |
| Street Address | 1465 WEST BROAD STREET |
| City and County | QUAKERTOWN       BUCKS COUNTY |
| State and Zip Code | PENNSYLVANIA       18951 |
| Telephone Number | 215 - 538 - 3399 |
| E-mail Address *(if known)* | NOT AVAILABLE |

Defendant No. 4

| | |
|---|---|
| Name | EEOC  CASE # 530 - 2019 - 00714 |
| Job or Title *(if known)* | EMPLOYMENT FILLINGS DISCRIMINATION |
| Street Address | 801 MARKET ST   SUITE 1300 |
| City and County | PHILADELPHIA   BUCKS COUNTY |
| State and Zip Code | PENNSYLVANIA    19107 |
| Telephone Number | 267 - 589 - 97000 |
| E-mail Address *(if known)* | PDOContact@eeoc.gov |

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

## C.    Place of Employment

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Giant Food Stores LLC |
| Street Address | 901 S. WEST END BLVD. |
| City and County | QUAKERTOWN  BUCKS COUNTY |
| State and Zip Code | PENNSYLVANIA     18951 |
| Telephone Number | 215 - 536 - 5065 |

## II.    Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

☑     Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.

☑     Relevant state law

☑     Relevant city or county law

## III.    Statement of Claim

State as briefly as possible the facts of your case.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Nature of employer's business:
GIANT FOOD STORES IS A CHAIN OF GROCERY STORES

B.      Dates of employment:
SEPTEMBER 2017   THROUGH NOVEMBER 15 2018

C.       Employee's job title and a description of the kind of work done:
PRODUCE ASSOCIATE / KEEPING THE DEPARTMENT CULLED AND CLEAN, CUSTOMER SERVICE.

D.      Rate, method, and frequency of wage payment:



Page 3 of 6

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

$13.00 AN HOUR WEEKLY PAY 32 HOURS A WEEK

E.      Number of hours actually worked each week in which a violation is claimed:
We are looking at around 6 hours a day and 3 - 4 days a week, depending which produce manger was on duty and what was instructed for the asst. produce manager to assign me

F.      Description of the alleged violation(s) *(check all that apply)*:

☐      Failure to pay the minimum wage *(explain)*

☐      Failure to pay required overtime *(explain)*

☑      Other violation(s) *(explain)*
OSHA related ; Failure to un load pallets of bananas on to u boats as they would for any one else closing. assigning special tasks just to me. Tasks that would be held for two days knowing I was coming in.. these were refrigeration duties ,
Checking codes. out dated merchandising.Black mold on the shelves inside the cooler , Water dripping down hitting on our bodies ,bouncing off the floor onto products
Black thick mold under the salad bar trays.No proper training on this clean up

G.      Date(s) of the alleged violation(s):
October 2018

H.      Additional facts:
I called The board of Health  to see how this was all handled.. Store manager had washed it down the drains with his bare hands. I needed to know if we were still at risk,Store manager said it passed
 They never tested for the black mold in those drains, they never threw the foods that were contaminated away, they were placed out for the customers to use , because ." They were behind in time to open the salad bar " That is what they said.to HR and the food inspector that was there. I asked him to look under the trays, he refused,, So I walked up with my plastic glove on, put my finger under the tray , and showed Him the black mold substance , He looked said " I've had enough!"He then walked away he and the manager went to the office,soon after that HR was investigating how produce was feeling about Me, store  they wrote up a report , and stated "If You cause one more disturbance on the floor You will be terminated From that point on I was watched and no one would help me with my disabilities .

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

On 11-15-18 I was forced to terminate my employment. I am looking for $ 80,000.00 in this case . Just this case, OSHA has my case , I'm told this takes as much as two years. Working at Giant Food Stores LLC Is a safety and health hazard. My whistle blowing was just their last straw with me, They said they had enough. I don't know what that means, I was number One in the district I gave them 100% Of my floral talents over The Thanksgiving and Christmas Holidays at the Broad Street Giant Food Stores LLC. The bullying and harassment they showed me was for what I could not do, My disability should not have been an issue, I could do pricing, I could do Floral Design , I could do Produce , I just could not cut and chop, I just could not be in the cooler for long periods of time, I just could not run registers , I could sell and assist customers. I could do codes, I could block the department , I could do so much, they would get at me for what I could not do, by myself,

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          October 12th 2019

Signature of Plaintiff

Printed Name of Plaintiff          Elizabeth A Devine

### B.   For Attorneys

Date of signing:          Not Applicable

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 530-2019-00714 |

|  |  |
|---|---|
| Pennsylvania Human Relations Commission | and EEOC |
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Ms. Elizabeth A Devine | (610) 428-2818 | 1952 |

Street Address                    City, State and ZIP Code

**317 Heller rd  Apt #2,  QUAKERTOWN, PA 18951**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| **GIANT AHOLD** | | (215) 536-5065 |

Street Address                    City, State and ZIP Code

**West End Blvd,  QUAKERTOWN,  PA 18951**

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address                    City, State and ZIP Code

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest              Latest |
| ☒ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION | **11-06-2018**     **11-06-2018** |
| ☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I believe I have been discriminated against based upon my following allegations:**

**I started employment with Respondent in the capacity of a Produce Associate in September 2017. My supervisors Richard, Produce Manager and Matthew, Assistant Produce Manager, made disparaging remarks regarding my Giant-issued uniform, they would tell me to take off my jacket and hair net. Richard and Matthew did not require younger employees to remove their jackets and tuck their hair in their hats, (as I was told I had to do, into my hairnet ). while working in the produce area. I advised my supervisors of potential unsanitary conditions in the produce area, neither of them addressed the issue. I then escalated the issue to Respondent's ethics line, including the harassment and hostile working environment my supervisors created. Not only did Respondent failed to correct the situation, my supervisors retaliated against me by making unfounded accusations of me creating disruptions in the workplace and leaving me to perform duties that are near impossible to perform by myself because of my disability.**

**I allege that Respondent discriminated against me on the basis of my age (YOB: 1952) in violation of the Age in Discrimination Act of 1967, as amended, in that I and other individuals of my protected age class are treated less favorably than younger individuals.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| **Elizabeth A Devine** | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the above is true and correct. | SIGNATURE OF COMPLAINANT |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br><br>☒ EEOC | Agency(ies) Charge No(s):<br><br>**530-2019-00714** |
|---|---|---|
| **Pennsylvania Human Relations Commission** | | and EEOC |
| *State or local Agency, if any* | | |

I additionally allege that Respondent discriminated against me on the basis of my disability in violation of the Americans with Disabilities Act of 1990, as amended, in that Respondent was aware of my disabilities yet I was subjected to perform duties that I could not do and I further allege retaliation under both statutes in that once I complained of the harassment, my working conditions further deteriorated. I also allege that I was constructively discharged under both statutes. Respondent's inaction to correct the harassment and discrimination made the situation so unbearable I had no choice but to leave.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.    **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.    **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.    **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.    **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.    **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Philadelphia District Office**

801 Market Street, Suite 1300
Philadelphia, PA  19107-3127
(215) 440-2602
TTY (215) 440-2610
FAX (215) 440-2632, 2848 & 2604

Our Reference:    Charge Number 530-2019-00714
                  Devine v. GIANT AHOLD

Elizabeth Devine
317 Heller Road, Apt. 2
Quakertown, PA 18951

Dear Ms. Devine:

This is with reference to your correspondence and subsequent communication with this office in which you alleged employment discrimination, in violation of the American with Disabilities Act Amendment Act of 2008, and the Age Discrimination in the Employment Act of 1967, as amended, by the above-named Respondent.

Review of the available evidence does not establish a violation of the statute(s).  This does not certify that Respondent is in compliance with the statutes.  While we fully understand that the parties to a charge often have very firm views that the available evidence supports their respective positions, our final determinations must comport with our interpretations of the available evidence and the laws we enforce. For this reason, we will issue you a Dismissal and Notice of Rights, which will enable you to file suit in U.S. District Court within 90 days of your receipt of that Notice if you wish to pursue this matter further.

We regret that we could not be of further service to you in this matter.

Sincerely,

September 23, 2019
Date

Patricia B. Carrasco
Investigator

EEOC Form 161 (11/16)                    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Elizabeth A. Devine**                              From:  **Philadelphia District Office**
    **317 Heller rd  Apt #2**                                   **801 Market Street**
    **Quakertown, PA 18951**                                    **Suite 1300**
                                     **Philadelphia, PA 19107**

|  | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 530-2019-00714 | **Legal Unit,**<br>**Legal Technician** | **(267) 589-9700** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Jamie R. Williamson*

**Jamie R. Williamson,**
**District Director**

September 23, 2019

*(Date Mailed)*

Enclosures(s)

cc:  **Holly Spehar**
    **Counsel, Employment Law & Compliance**
    **Retail Business Services LLC**
    **1385 Hancock Street**
    **Quincy, MA 02169**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➤ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
➤ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
➤ **Only one** major life activity need be substantially limited.
➤ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
➤ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
➤ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage:**
➤ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
➤ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
➤ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
➤ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

## Letter by Kristin M Ingraham, DO on 1/8/2018

LVPG RHEUMATOLOGY - 3080 HAMILTON BLVD
3080 Hamilton Blvd
Ste 300
Allentown PA 18103-3694
Dept: 610-776-5038
Dept Fax: 610-776-1967

January 8, 2018

Elizabeth Devine

To Whom it may concern:

Please be advised that our pt Elizabeth Devine does not have fine motor dexterity for picking up coins and seperating money.  So with this being said this would make it rather difficult for the pt to work at the register.

Please feel free to contact the office with any additional questions or concerns.

Sincerely,

Kristin M Ingraham, DO

CC: No Recipients

LVPG FAMILY MEDICINE - HELLERTOWN
708 Main St
Ste 200
Hellertown PA 18055-1538
Dept: 610-838-7069
Dept Fax: 610-838-7060

June 6, 2018
Elizabeth A Devine
DOB: 07/24/1952

To whom it may concern,

Elizabeth Devine is currently a patient of our practice. She is unable to use the cut-resistant gloves because of her erosive osteoarthritis. Her condition makes her hands swell which then makes her gloves too tight. She is unable to trim/wrap/seal greens, handle ice, rearrange produce, wrap melons, and continually maintain work displays because she is unable to stand in the cooler for long periods of time because of her chronic osteoarthritic condition.

Please contact our office with any questions.

Sincerely,

Jeffrey S. Brown DO

Name: Elizabeth A Devine | DOB: 7/24/1952 | MRN: 00924178 | PCP: Jeffrey S Brown, DO

# Appointment Details

After Visit Summary®

# AFTER VISIT SUMMARY

**Elizabeth A. Devine** MRN: 00924178 DoB: 7/24/1952

📅 10/15/2018  2:40 PM   📍 LVPG Family Medicine - Hellertown 610-838-7069

## Instructions from Jennifer A Ranton, MD

 **Pick up these medications at RITE AID-110 MAIN STREET - HELLERTOWN, PA - 110 MAIN STREET**

guaifenesin-codeine
Address: 110 MAIN STREET, HELLERTOWN PA 18055-1716
Phone:   610-838-7371

 Return if symptoms worsen or fail to improve.

## What's Next

| | | |
|---|---|---|
| JUL<br>**19**<br>2019 | **New Patient Appointment with Negar Moheb, MD**<br>Friday July 19 1:45 PM | LVPG Neurology - 1250 Cedar Crest<br>1250 S CEDAR CREST BLVD STE 405<br>ALLENTOWN PA 18103-6224<br>610-402-8420 |
| JUL<br>**24**<br>2019 | **Return Patient Visit with Kristin M Ingraham, DO**<br>Wednesday July 24 10:20 AM<br>-Arrive 15 minutes early for your appointment.<br>-Bring your insurance card with you.<br>-Bring a list of all of your current medications. | LVPG Rheumatology - Hausman Road<br>798 HAUSMAN RD 1ST FLOOR<br>ALLENTOWN PA 18104-9108<br>610-776-5038 |
| JUL<br>**31** | **Annual Medicare Wellness Visit with Jeffrey S Brown,** | LVPG Family Medicine - Hellertown |

## Today's Visit

You saw Jennifer A Ranton, MD on Monday October 15, 2018. The following issues were addressed: Acute bronchitis and Skin growth.

 Blood Pressure
**116/82**

 BMI
**25.14**

 Weight
**141 lb**

 Temperature (Tympanic)
**97.2 °F**

  Pulse
**84**

 Respiration
**18**

 Oxygen Saturation
**97%**